**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: Z.E.W.-C., A MINOR | : | No. 28 EAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: S.T.C., FATHER | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.